**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**CEDRICK WASHINGTON**                                          **CIVIL ACTION**

**VERSUS**                                                                **NO. 05-1824**

**WARDEN N. BURL CAIN**                                        **SECTION "T" (2)**

**O R D E R**

The Court having considered the complaint, the record, the applicable law, the Report and

Recommendation of the United States Magistrate Judge, and the petitioner's Opposition to the

Magistrate's Report and Recommendation, finds that no new issues of law or fact have been raised

and hereby approves the Report and Recommendation of the United States Magistrate Judge and

adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that petition of Cedrick Washington for issuance of a writ of habeas

corpus under 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 9th day of February, 2006.

_____
**G. THOMAS PORTEOUS, JR.**
**UNITED STATES DISTRICT JUDGE**